UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
06-CV-3305(JMR/JJG)

| | |
|---|---|
| Kevin Lee Black | ) |
| | ) |
| v. | )    ORDER |
| | ) |
| Michelle Johnson et. al | ) |

On July 31, 2007, the Honorable Jeanne J. Graham, United States Magistrate Judge, issued a Report and Recommendation in this matter. Neither party filed objections to the Report pursuant to Local Rule 72.1(c)(2).

Accordingly, Plaintiff's motion for a temporary restraining order [Docket No. 5] is denied.

IT IS SO ORDERED.

Dated:  September 21, 2007

<u>s/James M. Rosenbaum</u>
JAMES M. ROSENBAUM
United States Chief District Judge