UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
06-CV-3305(JMR/JJG)

Kevin Lee Black           )
                          )
        v.                )      ORDER
                          )
Michelle Johnson et. al   )

On January 14, 2008, the Honorable Jeanne J. Graham, United States Magistrate Judge, issued a Report and Recommendation in this matter. Neither party filed objections to the Report pursuant to Local Rule 72.1(c)(2).

Accordingly, IT IS ORDERED that:

1. Defendants' motion for summary judgment [Docket No. 30] is granted.

2. This case is dismissed with prejudice.

Dated: February 4, 2008

                          s/ James M. Rosenbaum
                          JAMES M. ROSENBAUM
                          United States Chief District Judge